UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

  -against-             Case No.: 08 CV 9093(CM)(THK)

WESTCHESTER FIRE INSURANCE COMPANY,  **STIPULATION OF**
MASCON RESTORATION, INC. and       **DISCONTINUANCE WITH**
MOHAMMAD ANWAR MIAN,         **PREJUDICE**

    Defendants.
----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the above-captioned action is hereby discontinued and dismissed with prejudice and without costs to any party.

This stipulation may be signed in counterparts, or a facsimile signature shall be deemed original for the purposes of this stipulation.

This stipulation may be filed with the Clerk of the Court without further notice.

Dated Mineola, New York
    July 27, 2010

                 Yours, etc.,

                 KRAL, CLERKIN, REDMOND, RYAN
                 PERRY & GIRVAN

                 By: _____
                 Attorneys for Plaintiff
                 ADMIRAL INSURANCE COMPANY
                 69 East Jericho Turnpike
                 Mineola, New York 11501
                 (516) 742-3470
                 File Number: 501220C

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By: _____
Attorneys for Defendant
Mascon Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By: _____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ADMIRAL INSURANCE COMPANY,

        Plaintiff,

  -against-                               Case No.: 08 CV 9093(CM)(THK)

WESTCHESTER FIRE INSURANCE COMPANY,   **STIPULATION OF**
MASCON RESTORATION, INC. and               **DISCONTINUANCE WITH**
MOHAMMAD ANWAR MIAN,                        **PREJUDICE**

        Defendants.
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the above-captioned action is hereby discontinued and dismissed with prejudice and without costs to any party.

This stipulation may be signed in counterparts, or a facsimile signature shall be deemed original for the purposes of this stipulation.

This stipulation may be filed with the Clerk of the Court without further notice.

Dated: Mineola, New York
       July 27, 2010

                                          Yours, etc.,

                                          KRAL, CLERKIN, REDMOND, RYAN
                                          PERRY & GIRVAN

                                          By: _____
                                          Attorneys for Plaintiff
                                          ADMIRAL INSURANCE COMPANY
                                          69 East Jericho Turnpike
                                          Mineola, New York 11501
                                          (516) 742-3470
                                          File Number: 501220C

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By: _____
Attorneys for Defendant
Mascon Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By: _____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

2

07/27/2010 TUE 17:06 FAX 516 741 1248 Randage Sanders Block
Case 1:08-cv-09093-CM-THK Document 27 Filed 08/19/10 Page 5 of 6
@002/003

FROM :KRAL CLERKIN          FAX NO. :5167462868          Jul. 27 2010 03:11PM P2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADMIRAL INSURANCE COMPANY,

          Plaintiff,

-against-                                    Case No.: 08 CV 9093(CM)(THK)

WESTCHESTER FIRE INSURANCE COMPANY,          **STIPULATION OF**
MASCON RESTORATION, INC. and                 **DISCONTINUANCE WITH**
MOHAMMAD ANWAR MIAN,                         **PREJUDICE**

          Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the above-captioned action is hereby discontinued and dismissed with prejudice and without costs to any party.

This stipulation may be signed in counterparts, or a facsimile signature shall be deemed original for the purposes of this stipulation.

This stipulation may be filed with the Clerk of the Court without further notice.

Dated: Mineola, New York
      July 27, 2010

                                 Yours, etc.,

                                 KRAL, CLERKIN, REDMOND, RYAN
                                 PERRY & GIRVAN

                                 By: _____
                                 Attorneys for Plaintiff
                                 ADMIRAL INSURANCE COMPANY
                                 69 East Jericho Turnpike
                                 Mineola, New York 11501
                                 (516) 742-3470
                                 File Number: 501220C

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By:_____
Attorneys for Defendant
Mascon Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By:_____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

2