McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADMIRAL INSURANCE COMPANY,

               Plaintiff,

     -against-                                                                Case No.: 08 CV 9093(CM)(THK)

WESTCHESTER FIRE INSURANCE COMPANY,     **STIPULATION OF**
MASCON RESTORATION, INC. and                        **DISCONTINUANCE WITH**
MOHAMMAD ANWAR MIAN,                                      **PREJUDICE**

               Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that the above-captioned action is hereby discontinued and dismissed with prejudice and without costs to any party.

    This stipulation may be signed in counterparts, or a facsimile signature shall be deemed original for the purposes of this stipulation.

    This stipulation may be filed with the Clerk of the Court without further notice.

Dated: Mineola, New York
       July 27, 2010

                                          Yours, etc.,

                                          KRAL, CLERKIN, REDMOND, RYAN
                                          PERRY & GIRVAN

                                          By: _____
                                          Attorneys for Plaintiff
                                          ADMIRAL INSURANCE COMPANY
                                          69 East Jericho Turnpike
                                          Mineola, New York 11501
                                          (516) 742-3470
                                          File Number: 501220C

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/10

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By: _____
Attorneys for Defendant
Mascon Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By: _____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

2

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By: _____
Attorneys for Defendant
Mason Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By: _____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

2

07/27/2010 TUE 17:26  FAX 516 741 1243 Sanders Sanders Block                                    ☒003/003

FROM :KRAL CLERKIN                FAX NO. :5167462868           Jul. 27 2010 03:11PM  P3

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Attorneys for Defendant
Westchester Fire Insurance Company
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

AHMUTY, DEMERS & McMANUS

By:_____
Attorneys for Defendant
Mascon Restoration, Inc.
123 William Street
New York, New York 10038

SANDERS, SANDERS, BLOCK,
WOYCIK, VIENER & GROSSMAN, P.C.

By:_____
Attorneys for Defendant
Mohammad Anwar Mian
100 Herricks Road
Mineola, New York 11501

_____
U.S.D.J.

8-20-2010

2